USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                         :
ERIKA LEE,                                                                 :
                                                                      :
                                               Plaintiff,  :       1:22-cv-8618-GHW
                                                                        :
                                    -v -                          :       <u>ORDER</u>
                                                                        :
DELTA AIR LINES, INC.,                       :
                                                                        :
                                            Defendant.  :
                                                                        :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     By separate order to be entered on the docket, this case will be referred to Magistrate Judge Lehrburger for all purposes. Accordingly, the initial pretrial conference previously scheduled before this Court for December 16, 2022, Dkt. No. 4, is hereby adjourned *sine die*.

     SO ORDERED.

Dated: October 21, 2022
       New York, New York

                                                          _____
                                                            GREGORY H. WOODS
                                                        United States District Judge