# Morgan Lewis

**Ira G. Rosenstein**
Partner
+1.212.309.6960
ira.rosenstein@morganlewis.com

November 14, 2022

**VIA ECF**

Hon. Robert W. Lehrburger, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re: <u>*Lee v. Delta Air Lines, Inc.*, Case No. 22-cv-08618</u>**

Your Honor:

We represent Defendant Delta Air Lines, Inc. ("Delta") in the above-referenced matter. Pursuant to Your Honor's Individual Rules, Defendant respectfully requests that the November 17, 2022 Initial Telephonic Conference, and the corresponding deadline to file a Report of Rule 26(f) Conference and Proposed Case Management Plan and Scheduling Order, be adjourned. Delta is available for a rescheduled Initial Telephonic Conference the week of December 12-16, 2022. There have been no previous requests for adjournments or extensions in this matter. Plaintiff requests to Defendant's request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Ira G. Rosenstein
Ira G. Rosenstein
*Counsel for Defendant Delta Air Lines, Inc.*

cc: Megan S. Goddard, Esq. (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022

Granted.

SO ORDERED:

11/14/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060      T +1.212.309.6000
United States                 F +1.212.309.6001