```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                               :

ERIKA LEE,

                              Plaintiff,          :          1:22-cv-8618-GHW

      -against-                            :          <u>ORDER</u>

DELTA AIR LINES, INC.,

                              Defendant.      :
------------------------------------------------------------------- X

**GREGORY H. WOODS, District Judge:**

       On May 10, 2023, Defendant filed objections to Judge Lehrburger's April 26, 2023 Report and Recommendation in this case. Dkt. No. 46. Any opposition to Defendant's objections must be filed no later than two weeks from the date of Defendant's objections.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff.

       SO ORDERED.

Dated: May 11, 2023
New York, New York

                                                                  GREGORY H. WOODS
                                                         United States District Judge