```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIKA LEE,                                                   :
                                                             :
                    Plaintiff,                               :
                                                             :
         - against -                                         :
                                                             :
DELTA AIR LINES, INC.,                                       :
                                                             :
                    Defendant.                               :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023

22-CV-8618 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Teams on May 31, 2023, the Court accepts Plaintiff's consent to receive electronic service. Service to the email address provided by Lee on the consent form will be deemed effective service. Delta may, at its choosing, additionally continue to serve Lee with hard copies via hard-copy mail to her address at Confucius Plaza, but such additional service is not required for service to be effective.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   May 31, 2023
         New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Erika Lee
20 Confucius Plaza, Apt. 10K
New York, NY 10002