```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIKA LEE,

                Plaintiff,

      - against -

DELTA AIR LINES, INC.,

                Defendant.
------------------------------------------------------------X

22-CV-8618 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Having considered Defendant's application for a stay of discovery (Dkt. 59) and Plaintiff's opposition to same (Dkt. 60), the Court finds good cause and hereby stays discovery pending resolution of Defendant's Motion for Clarification filed in *Lee I*. Defendant shall file a letter reporting on status within 5 days of the *Lee I* court's determination on that motion.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated:    July 22, 2023
             New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Erika Lee
20 Confucius Plaza, Apt. 10K
New York, NY 10002