USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ERIKA LEE,

                   Plaintiff,

    - against -

DELTA AIR LINES, INC.,

                   Defendant.
---------------------------------------------------------------X

22-CV-8618 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By letter motion at Dkt. 64, dated July 26, 2023, Defendant Delta has requested a hearing to address the legitimacy of the Plaintiff's claims, representations, and actions in this case. Plaintiff promptly opposed. (*See* Dkt. 65.) Having considered the parties' arguments and all prior proceedings, the Court finds good cause to hold the requested hearing. Accordingly, the Court will schedule a hearing to address the veracity of Plaintiff's filings in this action, Plaintiff's knowledge of her claims, and the involvement of Aasir Azzarmi in this action.

      The hearing will include testimony from the Plaintiff taken under oath pursuant to questioning by defense counsel. Either party may call witnesses other than Plaintiff to testify provided that any witness who will testify other than Plaintiff must be disclosed to the other party by the party calling the witness no later than seven days before the hearing. Notice of the hearing date and time will be entered by separate order.

      The requests for relief made by Plaintiff in Dkt. 65, including to revoke the stay of discovery and for a protective order, are frivolous and hereby denied.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   July 28, 2023
         New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Erika Lee
20 Confucius Plaza, Apt. 10K
New York, NY 10002