USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIKA LEE,

                Plaintiff,

     - against -

DELTA AIR LINES, INC.,

                Defendant.
-----------------------------------------------------------X

22-CV-8618 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On July 22, 2023, the Court stayed discovery in this action pending determination of Delta's motion for clarification of the dismissal order in *Lee I* in the Central District of California. (Dkt. 61.) The order requires Delta to file a status report within 5 days of the *Lee I* court's decision on Delta's motion. On January 5, 2023, in response to an order from District Judge Ho to whom this case has been reassigned, Delta filed a status letter stating, inter alia, that on September 15, 2023, "the California Supreme Court declined to modify its existing dismissal order." (Dkt. 76.) By January 12, 2023, Delta shall file a letter (1) explaining whether reference to the California Supreme Court is incorrect and/or a reference to *Lee I*; (2) describing the status of Delta's motion for clarification in *Lee I*; (3) if the September 15, 2023 declination was the decision on Delta's motion for clarification in *Lee I*, showing cause why Delta did not file a status report with the Court within 5 days of that decision; and (4) if the September 15, 2023 order was the decision on Delta's motion for clarification in *Lee I*, proposing a schedule for the remainder of this case. Delta shall include with the letter a copy of the decision of the California court referred to in its status letter at Dkt. 76.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 8, 2024
New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Erika Lee
20 Confucius Plaza, Apt. 10K
New York, NY 10002