**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ERIKA LEE,

                 Plaintiff,

       v.                                                                  Civil Action No. 1:22-cv-8618-DEH-RWL

DELTA AIR LINES, INC.,

                 Defendant.

## <u>DECLARATION OF MICHAEL F. FLEMING</u>

I, Michael F. Fleming, declare under penalty of perjury as follows:

1.       I am an attorney at law in the State of New York, an associate with the law firm of Morgan, Lewis & Bockius LLP, and attorney for Defendant Delta Air Lines, Inc.

2.       Attached as Exhibit A for the convenience of the court is a true and correct copy of Plaintiff Erika Lee's Second Amended Complaint as filed in *Lee v. Delta,* No. 2:20-cv-08754-CBM-JEM, ECF 28 (C.D. Ca. Mar. 8, 2021).

3.       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on May 14, 2024

                                    /s/ Michael F. Fleming
                                    Michael F. Fleming

## <u>CERTIFICATE OF SERVICE</u>

I, Michael F. Fleming, hereby certify that a true and correct copy of the foregoing

Declaration of Michael F. Fleming was served on this 14th day of May 2024 via email on:

Erika Lee
20 Confucius Plaza, #10K
New York, NY 10002
Email: Erikallee@hotmail.com
*Plaintiff*

Dated:  May 14, 2024                    */s/ Michael F. Fleming*
                                       Michael F. Fleming