UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIKA LEE,                                      :
                                                :     22-CV-8618 (DEH) (RWL)
                   Plaintiff,                   :
                                                :     **ORDER**
         - against -                            :
                                                :
DELTA AIR LINES, INC.,                          :
                                                :
                   Defendant.                   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 30, 2024, the Court granted in part and denied in part Defendants' motion to dismiss. Accordingly, the parties shall meet and confer and by October 15, 2024, shall file a proposed schedule for discovery and the remainder of the case.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated:   October 1, 2024
         New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Erika Lee
20 Confucius Plaza, Apt. 10K
New York, NY 10002