UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIKA LEE,    :
   :      22-CV-8618 (DEH) (RWL)
                Plaintiff,    :
   :      **ORDER**
       - against -   :
   :
DELTA AIR LINES, INC.,    :
   :
                Defendant.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 12, 2024, the Court entered a protective order governing confidential information (the "Order"). (Dkt. 116.) The order stated that Plaintiff had not timely submitted objections to the order as proposed by Defendants. At the time the Court issued the Order to be entered by the Clerk, no objections had been filed. Apparently between that time and before entry, Plaintiff submitted objections. (Dkt. 117.) The objections express concern with one provision of the Order: Paragraph 9, which specifies restrictions on disclosure to a particular third-party, Azir Azzarmi a/k/a Nicholas Pimentel. The objections assert that the Court has no jurisdiction with respect to Azzarmi and that parties in signing the proposed order cannot bind Azzarmi as a third-party. The Court overrules the objections. The Order imposes restrictions on Plaintiff's disclosure of confidential material to Azzarmi, which may be made only if Plaintiff obtains certain commitments from Azzarmi. Given the history of this case, history of cases in which Azzarmi has sued Defendant Delta, and Azzarmi's history of vexatious litigation, the provisions of Paragraph 9 are appropriate and necessary to ensure adequate protection of Defendants' confidential information. As the obligation imposed is for Plaintiff to obtain

Azzarmi's commitment and not a directive imposed by the Court on Azzarmi, there is no jurisdictional impediment to the Court's issuance of the Order.

Accordingly, the objections are overruled and the Order stands, except for having recognized herein that Plaintiff timely filed objections on November 7, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   November 13, 2024
         New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Erika Lee
20 Confucius Plaza, Apt. 10K
New York, NY 10002