Granted.

SO ORDERED:

1/14/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA LEE,<br><br>                Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>                Defendant. | 22-cv-8618 (DEH) (RWL)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Imani D. Gunn hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the Defendant in the above-captioned matter.

I am in good standing of the Bars of the State of New York and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 10, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Imani D. Gunn*
Imani D. Gunn
101 Park Avenue
New York, NY 10178
T: (212) 309-6000
F: (212) 309-6001
Imani.gunn@morganlewis.com

*Counsel for Defendant DELTA AIR LINES, INC.*