UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIKA LEE,                                       :
                                                 :   22-CV-8618 (DEH) (RWL)
                          Plaintiff,             :
                                                 :   **ORDER**
         - against -                             :
                                                 :
DELTA AIR LINES, INC.,                           :
                                                 :
                          Defendant.             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As directed at the discovery conference held on January 15, 2025, to address issues raised in Dkts. 122, 123, and 131:

1. By January 29, 2025, Plaintiff shall serve Delta with her Initial Disclosures pursuant to and compliant with Federal Rule of Civil Procedure 26(a)(1)(A).

2. By January 29, 2025, Plaintiff shall serve Delta with all documents in her possession, custody, or control that are responsive to Delta's document requests. Plaintiff indicated that she is not withholding production of any documents on the basis of her objections. Additionally, by January 29, 2025, Plaintiff shall specify, by numbered request, in writing to Delta, the document requests for which Plaintiff does not have possession, custody, or control of any responsive documents.

3. By January 29, 2025, Plaintiff shall serve Delta with amended responses to Delta's interrogatories that fully answer the questions about asserted mental or physical harm or injury, mental or physical, and about medical and healthcare providers insofar as they concern any harm or injury, mental or physical, that Plaintiff claims is attributable to Delta.

4. By January 29, 2025, Plaintiff shall serve Delta with completed, signed HIPAA authorizations for each medical or healthcare provider who treated Plaintiff with respect to any harm or injury, mental or physical, that Plaintiff claims is attributable to Delta.

5. Delta may depose Plaintiff at the offices of Morgan Lewis for a full 7-hour day of questioning. The parties shall cooperate in scheduling the day and start time.

6. Plaintiff may depose Delta by written questions. The parties shall meet and confer regarding the scope of questions that may be propounded.

7. Plaintiff shall unblock email addresses of Mr. Fleming and Ms. Gunn and shall not refuse to correspond with Delta's counsel about matters relevant to this action.

8. Plaintiff shall not disclose Delta's material designated as confidential under the protective order to non-parties, including Azir (a/k/a Aasir) Azzarmi.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 15, 2025
New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Erika Lee
20 Confucius Plaza, Apt. 10K
New York, NY 10002