**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIKA LEE,<br><br>*Plaintiff*,<br><br>v.<br><br>DELTA AIR LINES, INC., DAVID NEEDHAM & JOSE ROSADO,<br><br>*Defendants*. | Civil Action No. 1:22-cv-8618-DEH-RWL |

# EXHIBIT A
# TO
# DELTA'S LETTER
# DATED
# APRIL 7, 2025

**Fleming, Michael F.**

| | |
|---|---|
| **From:** | Fleming, Michael F. |
| **Sent:** | Thursday, February 27, 2025 5:13 PM |
| **To:** | 'Erika Lee' |
| **Cc:** | Rosenstein, Ira G.; Gunn, Imani D. |
| **Subject:** | RE: Lee v. Delta - Delta's Notice of Plaintiff's Deposition |
| **Attachments:** | Lee v. Delta - Delta's Amended Notice of Deposition to Plaintiff (2.27.25).pdf |

Ms. Lee,

Thank you.  April 4 also works for our side.  Attached is an amended notice of deposition.

**Michael F. Fleming**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6207 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
michael.fleming@morganlewis.com | www.morganlewis.com



**From:** Erika Lee <leeerikalatise@gmail.com>
**Sent:** Wednesday, February 26, 2025 4:03 PM
**To:** Fleming, Michael F. <michael.fleming@morganlewis.com>
**Subject:** Re: Lee v. Delta - Delta's Notice of Plaintiff's Deposition

[EXTERNAL EMAIL]
April 4

On Monday, February 24, 2025, Fleming, Michael F. <michael.fleming@morganlewis.com> wrote:

> Ms. Lee,
>
>
> Unfortunately, we also cannot do March 28.  Do you have availability between April 1 and April 4?
>
>
> **Michael F. Fleming**
>
> **Morgan, Lewis & Bockius LLP**
>
> 101 Park Avenue | New York, NY 10178-0060
>
> Direct: +1.212.309.6207 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
>
> michael.fleming@morganlewis.com | www.morganlewis.com

1

**From:** Erika Lee <leeerikalatise@gmail.com>
**Sent:** Sunday, February 23, 2025 7:34:19 PM
**To:** Gunn, Imani D. <imani.gunn@morganlewis.com>
**Subject:** Re: Lee v. Delta - Delta's Notice of Plaintiff's Deposition

[EXTERNAL EMAIL]

March 28.

On Saturday, February 22, 2025, Gunn, Imani D. <imani.gunn@morganlewis.com> wrote:

> Ms. Lee,
>
> Unfortunately, March 31st does not work on our end. Could you please provide a few additional dates of availability in or around that same week?
>
> Thank you,
>
> **Imani D. Gunn**
>
> **Morgan, Lewis & Bockius LLP**
>
> 101 Park Avenue | New York, NY 10178-0060
>
> Direct: +1.212.309.6325 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
>
> imani.gunn@morganlewis.com | www.morganlewis.com

**From:** Erika Lee <leeerikalatise@gmail.com>
**Sent:** Friday, February 21, 2025 8:42 PM

2

**To:** Gunn, Imani D. <imani.gunn@morganlewis.com>
**Subject:** Re: Lee v. Delta - Delta's Notice of Plaintiff's Deposition

[EXTERNAL EMAIL]

March 31 thanks.

On Tuesday, February 18, 2025, Gunn, Imani D. <imani.gunn@morganlewis.com> wrote:

Ms. Lee,

Please provide your availability for a deposition for the month of March.

Thank you,

**Imani D. Gunn**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6325 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

imani.gunn@morganlewis.com | www.morganlewis.com

**From:** Erika Lee <leeerikalatise@gmail.com>
**Sent:** Tuesday, February 18, 2025 11:45 AM
**To:** Gunn, Imani D. <imani.gunn@morganlewis.com>
**Subject:** Re: Lee v. Delta - Delta's Notice of Plaintiff's Deposition

[EXTERNAL EMAIL]

3

Ms. Gunn,

This date does not work for me.

On Friday, February 14, 2025, Gunn, Imani D. <imani.gunn@morganlewis.com> wrote:

Ms. Lee,

Attached, please find Delta's Notice of your Deposition for February 28, 2025 at Morgan Lewis' New York offices. Please confirm that this date works for you.

Thank you,

**Imani D. Gunn**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6325 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

imani.gunn@morganlewis.com | www.morganlewis.com



CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.