**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIKA LEE, <br><br> *Plaintiff*, <br><br> v. <br><br> DELTA AIR LINES, INC., DAVID NEEDHAM & JOSE ROSADO, <br><br> *Defendants*. | Civil Action No. 1:22-cv-8618-DEH-RWL |

<u>**EXHIBIT G**</u>

<u>**TO**</u>

<u>**DELTA'S LETTER**</u>

<u>**DATED**</u>

<u>**APRIL 7, 2025**</u>

2                UNITED STATES U.S. DISTRICT COURT

                 SOUTHERN DISTRICT OF NEW YORK

3              Civil Action No. 1:22-cv-8618-DEH-RWL

4       - - - - - - - - - - - - - - - - - -x
        ERIKA LEE,                          :
5                                           :
                               Plaintiff, :
6                                           :
                  - vs -                    :
7                                           :
        DELTA AIR LINES, INC., DAVID        :
8       NEEDHAM and JOSE ROSADO,            :
                                            :
9                              Defendants. :
        - - - - - - - - - - - - - - - - - -x

10

11                                      April 4, 2025
                                        10:05 a.m.
12                                      101 Park Avenue
                                        New York, NY

13

14

15

16

17

18

19

20            STATEMENT OF NON-APPEARANCE BY MICHAEL

21      F. FLEMING, ESQ., held at the above-mentioned

22      time and place, before Randi Friedman, a

23      Registered Professional Reporter, within and for

24      the State of New York.

25

ERIKA LEE
APRIL 04, 2025

JOB NO. 1555789

STATEMENT ON THE RECORD

Page 2

```
1           Statement of Non-Appearance
2    APPEARANCES:
3           MORGAN LEWIS & BOCKIUS, LLP
            Attorneys for Defendants
4
            101 Park Avenue
5           New York, New York 10178
6           BY:  MICHAEL F. FLEMING, ESQ.
                 IMANI GUNN, ESQ.
7
                    * * *
8
9
10
11
12
13
14
15
16
17
18
19
20   ALSO PRESENT:
21          Val Cometto, Esq.
22
23
24
25
```

Page 3

```
1           Statement of Non-Appearance
2           MR. FLEMING:  We're putting on the
3    record today that plaintiff, Erika Lee, has
4    not appeared for her noticed deposition.
5    The deposition was noticed on February 27th,
6    2025 for April 4th, 2025, today.  That
7    notice was sent based on a representation
8    from Ms. Lee that she was available on
9    April 4th to be deposed.
10          Ms. Lee failed to respond to
11   several emails from Delta's counsel
12   regarding -- confirming today for the
13   deposition.  Delta's in-house counsel, Val
14   Cometto, traveled to New York for the
15   purposes of attending this deposition and
16   has incurred costs related thereto.
17          Delta intends to seek costs for
18   the preparation and attendance of this
19   deposition from Ms. Lee.  That's it.
20          (Time concluded:  10:07 a.m.)
21              * * *
22
23
24
25
```

Page 4

```
1           Statement of Non-Appearance
2           C E R T I F I C A T I O N
3           I, Randi Friedman, Registered
4    Professional Reporter and Notary Public of the
5    State of New York, do hereby certify:
6           THAT, the witness whose testimony is
7    herein before set forth, was duly sworn by me,
8    and
9           THAT, the within transcript is a true
10   record of the testimony given by said witness.
11      I further certify that I am not related
12   either by blood or marriage to any of the parties
13   to this action; and that I am in no way
14   interested in the outcome of this matter.
15          IN WITNESS WHEREOF, I have hereunto
16   set my hand this day, April 4, 2025.
17
18
19   Randi Friedman
20   Randi Friedman, RPR
21
22
23
24
25   *    *    *    *    *    *    *    *    *
```

**1**

**10:07** 3:20

**2**

**2025** 3:6
**27th** 3:5

**4**

**4th** 3:6,9

**A**

**a.m.** 3:20
**appeared** 3:4
**April** 3:6,9
**attendance** 3:18
**attending** 3:15

**B**

**based** 3:7

**C**

**Cometto** 3:14
**concluded** 3:20
**confirming** 3:12
**costs** 3:16,17
**counsel** 3:11,13

**D**

**Delta** 3:17
**Delta's** 3:11,13
**deposed** 3:9
**deposition** 3:4,5,13,15,
  19

**E**

**emails** 3:11
**Erika** 3:3

**F**

**failed** 3:10
**February** 3:5
**FLEMING** 3:2

**I**

**in-house** 3:13
**incurred** 3:16
**intends** 3:17

**L**

**Lee** 3:3,8,10,19

**N**

**Non-appearance** 3:1
**notice** 3:7
**noticed** 3:4,5

**P**

**plaintiff** 3:3
**preparation** 3:18
**purposes** 3:15
**putting** 3:2

**R**

**record** 3:3
**related** 3:16
**representation** 3:7

**respond** 3:10

**S**

**seek** 3:17
**Statement** 3:1

**T**

**thereto** 3:16
**time** 3:20
**today** 3:3,6,12
**traveled** 3:14

**V**

**Val** 3:13

**Y**

**York** 3:14