**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIKA LEE,<br><br>*Plaintiff*,<br><br>v.<br><br>DELTA AIR LINES, INC., DAVID NEEDHAM & JOSE ROSADO,<br><br>*Defendants*. | Civil Action No. 1:22-cv-8618-DEH-RWL |

**EXHIBIT B**

**TO**

**DELTA'S LETTER**

**DATED**

**  May 6, 2025  **

**Fleming, Michael F.**

| | |
|---|---|
| **From:** | Gunn, Imani D. |
| **Sent:** | Saturday, December 7, 2024 12:00 AM |
| **To:** | erikallee@hotmail.com; leeerikalatise@gmail.com |
| **Cc:** | Fleming, Michael F.; Rosenstein, Ira G. |
| **Subject:** | Lee/Delta - Defendant's first production of documents |



# imani.gunn@morganlewis.com sent you a secure message

**Access message**

Ms. Lee,

Attached, please find Delta's production of documents in response to your first set of requests. I am also attaching the effective protective order for your reference. Please recall that, per the Court's Order, you must not share these documents with any third party, including Aasir Azzarmi.

Thank you,

Imani

 Attachments expire on Jan 06, 2025

 1 PDF
Dkt. 116 - Protective Order (11.12.24).pdf

 1 compressed file
Delta Production.zip

1

This message requires that you sign in to access the message and any file attachments.



CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

**Fleming, Michael F.**

| | |
|---|---|
| **From:** | Help Desk |
| **Sent:** | Saturday, December 7, 2024 11:47 AM |
| **To:** | Gunn, Imani D. |
| **Subject:** | Download notification: leeerikalatise@gmail.com downloaded 2 files |



CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and

1

[Notices](). If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

**Fleming, Michael F.**

| | |
|---|---|
| **From:** | Help Desk |
| **Sent:** | Saturday, December 7, 2024 11:49 AM |
| **To:** | Gunn, Imani D. |
| **Subject:** | Download notification: leeerikalatise@gmail.com downloaded 1 file |



CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

## Fleming, Michael F.

| | |
|---|---|
| **From:** | FedEx Tracking <TrackingUpdates@fedex.com> |
| **Sent:** | Monday, December 9, 2024 12:17 PM |
| **To:** | Gunn, Imani D. |
| **Subject:** | Your shipment was delivered 282888649713 |
| **Attachments:** | DeliveryPicture.jpeg |

[EXTERNAL EMAIL]



# Your shipment was delivered.

**Delivery Date**

Mon, 12/09/2024

11:57am

**Delivered to**

20 CONFUCIUS PLZ APT 10K, NEW YORK, NY 10002

1



Delivery picture not showing?
View in browser

GET PROOF OF DELIVERY

Report missing package

## How was your delivery?



2

# Personal message

PSShip eMail Notification

## Tracking details

| | |
|---|---|
| **Tracking ID** | 282888649713 |
| **From** | Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY, US<br>10178 |
| **To** | Erika Lee<br>20 Confucius Plaza<br>#10K<br>NEW YORK, NY, US<br>10002 |
| **Ship date** | Fri 12/06/2024 07:05 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 2.00 LB |
| **Service** | FedEx Priority Overnight |

3

| Reference | 096859-010601-0145 |
|---|---|
| Shipper reference | 096859-010601-0145 |

**TRACK SHIPMENT**

# FedEx can ship your holiday packages for less than the Post Office.*

Two-day retail shipping, one flat rate. FedEx One Rate®.*Effective 10/6/24 – 1/19/25.

**EXPLORE FEDEX ONE RATE®**

## This tracking update has been requested by:

| **Company name** | Morgan, Lewis & Bockius LLP |
|---|---|
| **Name** | Imani Gunn |

4

| Email | imani.gunn@morganlewis.com |
|---|---|

Please do not respond to this message. This email was sent from an unattended mailbox.

This report was generated at approximately 11:17 AM CST 12/09/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026