**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIKA LEE,<br><br>*Plaintiff*,<br><br>v.<br><br>DELTA AIR LINES, INC., DAVID NEEDHAM & JOSE ROSADO,<br><br>*Defendants*. | Civil Action No. 1:22-cv-8618-DEH-RWL |

# EXHIBIT A
# TO
# DELTA'S LETTER
# DATED
# May 21, 2025

  

→ **Prepare For Your Upcoming Visit**



March 30, 2025  8:02 AM

NYC Health + Hospitals                    Details



Hello Erika,

You have an upcoming appointment on <u>4/4/2025</u>.
**Save time and improve your care by <u>pre-registering</u>!**



**Prepare for your visit?**

When you pre-register online, you'll skip most of the paperwork that you would normally fill out in the office and you can review your health information privately at home to ensure everything is correct.

Get ready for your visit:

✓ Schedule appointment

    
Reply   Reply all   Forward   Delete   More