**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIKA LEE,<br><br>*Plaintiff*,<br><br>v.<br><br>DELTA AIR LINES, INC., DAVID NEEDHAM & JOSE ROSADO,<br><br>*Defendants*. | Civil Action No. 1:22-cv-8618-DEH-RWL |

**EXHIBIT B**

**TO**

**DELTA'S LETTER**

**DATED**

**May 21, 2025**

1:22

<   ∧ ∨

# Prepare For Your Upcoming Visit

March 30, 2025  11:02 AM

NYC Health + Hospitals     Details

Show images

