```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ERIKA LEE,                                      :
                                                :    22-CV-8618 (DEH) (RWL)
                          Plaintiff,            :
                                                :           ORDER
           - against -                          :
                                                :
DELTA AIR LINES, INC. et al.,                   :
                                                :
                          Defendants.           :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Defendant Delta's requests made in its May 21, 2025 letter at Dkt. 149, and to which Plaintiff Lee responded on May 25, 2025, at Dkt. 150. Delta's requests are granted in part and denied in part.

1. Delta's request regarding a HIPAA release from Plaintiff Lee is GRANTED IN PART. The Court disagrees with Lee that Delta is seeking reconsideration. At the same time, the Court agrees with Lee that much time and effort is being expended on a collateral issue. Accordingly, Lee shall sign and return to Delta's counsel a HIPAA release limited to records disclosing the scheduling of Lee's April 4, 2025 appointment. Discovery about Lee's medical records beyond that is not warranted.

2. Delta's request to extend the date to complete discovery of Plaintiff by July 18, 2025, is GRANTED.

3. Delta's third request is GRANTED; Plaintiff Lee shall appear for her deposition on **June 26, 2025, at 9:30 a.m.** at the office of Delta's counsel.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 149.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 29, 2025
        New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Erika Lee
20 Confucius Plaza, Apt. 10K
New York, NY 10002