# EXHIBIT C

| | |
|---|---|
| **From:** | Erika Lee <leeerikalatise@gmail.com> |
| **Sent:** | Sunday, July 20, 2025 10:09 PM |
| **To:** | Fleming, Michael F. |
| **Cc:** | Rosenstein, Ira G. |
| **Subject:** | Third Amended Interrogatory Responses , Amended Disclosures, & Amended responses to Delta's RFPD |
| **Attachments:** | THIRD AMENDED RESPONSES TO INTERROGATORIES 2.pdf; Plaintiff's Amended Initial Disclosures.pdf; AMENDED RESPONSE TO RFPD 3.pdf |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

[EXTERNAL EMAIL]
Mr. Fleming & Mr. Rosenstein,

Attached are my Third Amended Interrogatory Responses , Amended Initial Disclosures, & Amended responses to Delta's RFPD which now include Dr. Robins, who treated me for my disabilities(mental)  from around 2018-2021, while employed at Delta Airlines, and was aware of my physical disability and workers compensation injuries. However. Delta and Sedgwick already have these records already.  But I will be using my testimony and medical records from Dr. Robins in this case, as Dr. Robins was part of my psych medical team with Dr. Shah, in my workers compensation case.  You can contact Dr. Robins .

Dr. Charles Edward Robins Psychologist, Clinical Psychology & Neuropsychology
[61 West 62nd Street, Suite 4](#)-F
New York, NY 10023
Tel ([212/586-3773](#)
1212| [586-4717](#)
Fax /212/ [977-1057](#)


Sincerely,

Erika Lee