# EXHIBIT G

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


ERIKA LEE,                              : Docket #22-cv-08618

               Plaintiff,               :

     -against-                          :

DELTA AIR LINES, INC.,                  : New York, New York
                                          January 15, 2025
               Defendant.

---------------------------------:

                     PROCEEDINGS BEFORE
               THE HONORABLE ROBERT W. LEHRBURGER
                 UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

For Plaintiff:      ERIKA L. LEE, PRO SE
                    20 Confucius Plaza, Apartment 10K
                    New York, New York 10002

For Defendant:      MORGAN LEWIS & BOCKIUS, LLP
                    BY:  MICHAEL F. FLEMING, ESQ.
                         IMANI GUNN, ESQ.
                    101 Park Avenue
                    New York, New York 10178


Transcription Service: Marissa Lewandowski
                       Phone:  (631) 813-9335
                       E-mail:marissamignano@gmail.com



Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

```
 1              THE COURT: Okay. So there are a couple
 2   things in what you asked for, and I'll take them one
 3   by one with Ms. Lee.
 4              So first was specifically about the
 5   interrogatory asking for identification of your
 6   medical providers. And I think this goes back to
 7   what we discussed earlier. To the extent you are
 8   claiming any injuries or harm, either mentally or
 9   physically, you need to identify any of the medical
10   professionals or health professionals you have gone
11   to about those concerns, and you would have to
12   identify them. Do you understand that?
13              MS. LEE: Yes, Your Honor.
14              THE COURT: Okay. All right. And then in
15   terms of the document request, since you said you
16   are going to be providing everything you have, there
17   may be some categories where you simply don't have
18   documents, and that happens. And they are asking if
19   you can identify for which request you have no
20   documents. Okay. I'm going to -- can you do that?
21              MS. LEE: Yeah.
22              THE COURT: I'm going to ask you to do
23   that, again, by the 29th.
24              MS. LEE: But, Your Honor, are they saying
25   that they want me to identify what I don't have so
```

```
 1              C E R T I F I C A T E
 2
 3       I, Marissa Lewandowski, certify that the
 4   foregoing transcript of proceedings in the case of
 5   Lee v. Delta Air Lines, Inc.,
 6   Docket #1:22-cv-08618-DEH-RWL, was
 7   prepared using digital transcription software and is
 8   a true and accurate record of the proceedings.
 9
10
11   Signature   ___*Marissa Lewandowski*___
12               Marissa Lewandowski
13
14   Date:       February 24, 2025
15
16
17
18
19
20
21
22
23
24
25
```