# EXHIBIT H

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   . . . . . . . . . . . . . . . . . . . . . . X
 5   ERIKA LEE,
 6                            Plaintiff,
 7
                  -against-       Docket No.
 8                                1:22-cv-8618-DEH-RWL
 9   DELTA AIR LINES, INC, DAVID NEEDHAM & JOSE
     ROSADO,
10
                              Defendants.
11   . . . . . . . . . . . . . . . . . . . . . . X
12                            101 Park Avenue
                              New York, New York
13
                              June 26, 2025
14                            9:45  a.m.
15
16           CONTINUED EXAMINATION BEFORE TRIAL of
17   ERIKA LEE, the Plaintiff, taken on behalf of the
18   Defendant, pursuant to Order, held before a
19   Notary Public of the State of New York.
20
21
22
23
24
25
```

```
 1
 2   medical provider for any of the alleged
 3   emotional distress?
 4        A.   Not as of yet, I'm waiting.
 5        Q.   Have you ever received treatment
 6   from a medical provider for the alleged
 7   emotional distress?
 8        A.   Yes, I have.  Dr. Shah and Dr.
 9   Michaels, you have my medical records from them.
10        Q.   Any other doctors?
11        A.   No.
12        Q.   Any social workers?
13        A.   No.
14        Q.   Any counselors?
15        A.   No.
16        Q.   Any therapists?
17        A.   No.
18        Q.   What kind of medicine does Dr. Shah
19   practice?
20        A.   He is the psychiatrist.  He is the
21   one who writes the prescriptions.  Dr. Michael
22   is the psychotherapist, and I have not been able
23   to see them in almost a year.
24        Q.   When was the last time that you saw
25   Dr. Shah?
```

```
 1
 2
 3  C E R T I F I C A T E
 4
    STATE OF NEW YORK )
 5                    )    ss:
    COUNTY OF NEW YORK )
 6
 7          I, STACY ADAMES, a Shorthand Reporter
 8  and Notary Public within and for the State of
 9  New York, do hereby certify:
10          That ERIKA LEE, the witness whose
11  EXAMINATION BEFORE TRIAL was held
12  on June 26, 2025, as hereinbefore set forth, was
13  duly sworn by me, and that this transcript of
14  such Examination is a true and accurate record
15  of the testimony given by such witness, to the
16  best of my ability.
17          I further certify that I am not related
18  to any of the parties to this action by blood or
19  by marriage, and that I am in no way interested
20  in the outcome of this matter.
21          IN WITNESS WHEREOF, I have hereunto set
22  my hand this 26th day of June, 2025.
23
24
25         _____Stacy Adames_____
                  STACY ADAMES
```