# EXHIBIT I

**From:**          Erika Lee <leeerikalatise@gmail.com>
**Sent:**          Monday, January 27, 2025 9:58 PM
**To:**            Fleming, Michael F.
**Subject:**       Signed Medical release form for Dr Michaels only
**Attachments:**   Medical release form for Dr. Michaels.pdf

**Follow Up Flag:**    Follow up
**Flag Status:**       Completed

[EXTERNAL EMAIL]
Mr. Fleming,

Attached is my signed medical release form only for Dr. Mark Michaels, psychologist.  There are no other doctors who treated me for any injuries for any claims that are currently proceeding through discovery in this case.

Erika