# EXHIBIT B

ERIKA LEE
JUNE 26, 2025
JOB NO. 1785866

```
 1   Job No. 1785866
 2   Date: June 26, 2025
 3   Witness Name: Erika Lee
 4   Case: ERIKA LEE, v DELTA AIR LINES, INC., et al.
 5
 6   DECLARATION UNDER PENALTY OF PERJURY
 7    I declare under penalty of perjury
 8   that I have read the entire transcript of
 9   my Deposition taken in the captioned matter
10   or the same has been read to me, and
11   the same is true and accurate, save and
12   except for changes and/or corrections, if
13   any, as indicated by me on the DEPOSITION
14   ERRATA SHEET hereof, with the understanding
15   that I offer these changes as if still under
16   oath.
17     Signed on the __22__ day of
18   ____July____, 2025
19
20   _____
21   Signature   Erika Lee
22
23
24
25             PAGE 1
```



ERIKA LEE  
JUNE 26, 2025                                               JOB NO. 1785866

|   |   |
|---|---|
| 1 | DEPOSITION ERRATA SHEET |
| 2 | Page No. __24__ Line No. __19__ |
| 3 | Change: I am suffering from mental disability & emotional |
| 4 | Reason for change: semantics/error/clarification |
| 5 | Page No. __27__ Line No. __6__ |
| 6 | Change: on waitlist now for a doctor who accepts my insurance to prescribe the medication for my disabilities. |
| 7 | Reason for change: error/semantics/clarification |
| 8 | Page No. __28__ Line No. __11__ |
| 9 | Change: Yes, Dr. Robbins |
| 10 | Reason for change: memory/error/semantics/clarification |
| 11 | Page No. __28__ Line No. __17__ |
| 12 | Change: yes, antonella a counselor/therapist who worked with Dr Robbins |
| 13 | Reason for change: memory/error/semantics/clarification |
| 14 | Page No. __28__ Line No. __15__ |
| 15 | Change: yes, antonella a counselor/therapist who worked with Dr. Robbins. |
| 16 | Reason for change: memory/error/semantics/clarification |
| 17 | Page No. __30__ Line No. __23__ |
| 18 | Change: No but I was seeing Dr. Robbins while employed at Delta. |
| 19 | Reason for change: memory/error/semantics/clarification |
| 20 | Page No. __31__ Line No. __29__ |
| 21 | Change: I need to take welbutrin daily but I'm on a waitlist for Psychiatrist in NYC. Therefore, I have not been able to. |
| 22 | Reason for change: error, clarification/vague. |
| 23 |   |
| 24 |   |
| 25 | PAGE   3 |


