IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA LEE,<br><br>    Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>    Defendant. | Civil Action No. 1:22-cv-8618-DEH-RWL |

**DECLARATION OF MICHAEL F. FLEMING**

I, Michael F. Fleming, do hereby declare that the following is true and correct:

1. I am over the age of 18. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), counsel for Defendant Delta Air Lines, Inc. ("Delta") in this matter.

2. The facts and matters stated in this declaration are based on my own personal knowledge of the factual information stated in this declaration or by virtue of review of records produced in the course of discovery or maintained by Morgan Lewis in the normal course of business. I submit this declaration in support of Delta's Motion for Summary Judgment.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Erika Lee ("Plaintiff"), taken on April 29, 2025, as received by Morgan Lewis from the court reporters in attendance at the deposition.

*4.* Attached hereto as Exhibit B is a true and correct copy of Plaintiff's initial Complaint filed on September 20, 2020, in the United States District Court for the Central District of California, in *Erika L. Lee v. Delta Air Lines Inc. et al*, 2:20-cv-08754-CBM-JEM (the "CDCA Action") (Dkt. 01).

5. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's First Amended Complaint filed on December 28, 2020, in the CDCA Action (Dkt. 11).

6. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's complaint filed on February 23, 2021, with the California Department of Fair Employment and Housing ("DFEH"), as attached to her Second Amended Complaint in the CDCA Action, 2:20-cv-08754-CBM-JEM (Dkt. 28-2).

7. Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Fourth Amended Complaint filed on January 25, 2022, in the CDCA Action (Dkt. 145).

8. Plaintiff testified during her deposition that she has had two cell phone providers since 2018, StraightTalk and T-Mobile. *See* Pl. Tr. at 322:17-323:20. Plaintiff further testified that she has maintained the same cell phone number since at least 2012 and provided such phone number during her deposition. *Id.* at 322:18.

9. On June 4, 2025, Delta issued a subpoena to TracFone Wireless (d/b/a Straight Talk Wireless Subpoena Compliance) and T-Mobile USA, Inc., respectively, for phone records associated with Plaintiff's provided phone number. Attached hereto as Exhibits F and G are true and correct copies of the subpoenas issued to StraightTalk Wireless and T-Mobile USA, Inc.

10. On July 2, 2025, StraightTalk, responded to Delta's subpoena via email confirming that the provider ran a search, and Plaintiff's phone number did not return any results. Attached hereto as Exhibit H is a true and correct copy of this email correspondence.

11. T-Mobile did not provide any records in response to the subpoena or advise as to whether such records were in their possession.

12. Attached hereto as Exhibit I is part of an amended complaint filed by Aasir Azzarmi on February 3, 2020, in the United States District Court for the Central District of California, in *Aasir Azzarmi v. Hosana Wurtz et al.*, 2:20-cv-00607-DMG-JC (Dkt. 11).

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Executed on September 4, 2025:      /s/ Michael F. Fleming
                                    Michael F. Fleming