# EXHIBIT K



# THE WAY WE FLY

LAST UPDATED: AUG 13, 2018
Uncontrolled if printed, copied, or downloaded.

DELTA_LEE_00000223

THE "DELTA DIFFERENCE" separates our company and our people from our competitors. Beginning in 1928, Delta people have worked diligently to build Delta's record and reputation for delivering safe, high-quality service, and for acting with honesty, integrity and professionalism in all we do. We are proud of this legacy. Our culture of treating others with dignity and respect and doing what is right continues to make Delta a great place to work. We all have a responsibility to protect and enhance Delta's reputation, culture and brand each and every day. Individually and collectively, we are the Delta Difference.

With a diverse workforce and complex operations worldwide, it isn't possible, practical or even necessary to have a written policy to cover every situation that might come up. But it is expected that we all understand the company's values, expectations and business goals— and that we act professionally and with good judgment in all we do

CONFIDENTIAL

# INTRODUCTION

We run our business using the following as our primary guides:

- Rules of the Road, which is our foundation and outlines our core values, principles and expectations of modeling leadership at every level of the company
- This document, The Way We Fly, which outlines our basic expectations of each other as employees and which was developed with strong input from a cross divisional team of Delta employees for all of us
- The Code of Ethics and Business Conduct, which defines how we conduct business around the world
- Our annual Flight Plan, which defines our corporate goals for the year

The documents listed above describe and reinforce fundamental values and basic behaviors required of all of us and also what we can expect of Delta in return—including a commitment to our long-standing Open Door Policy. You should refer to them often. And, if you have questions or need clarification, ask your leader for additional information.

> *These are important documents but they are not the only ones you'll need to know in the course of your career at Delta. You need to actively seek information about the benefits and privileges you receive from Delta – for example, your pass travel privileges. In addition, most departments have their own specific policies and/or guidelines that supplement and expand upon the topics discussed in this document. In addition, your department or division will also have policies and procedures applicable to your specific job that you will need to know and regularly review.*

DELTA_LEE_00000225

# TABLE OF CONTENTS

**I** **SAFETY & COMPLIANCE**
- It's Your Responsibility
- Come To Work Fit For Duty
- Health, Safety & Security Are Non-Negotiable
- Violence, Threats Of Violence And Weapons Are Not Tolerated
- Our Anti-Drug & Alcohol Policy
- Limit Tobacco Use
- Minimize Our Environmental Footprint

**II** **PROFESSIONALISM & RESPECT**
- We Value Diversity
- Discrimination Is Not Tolerated
- Harassment, Bullying Or Other Forms of Intimidation Are Not Tolerated
- Our Open Door Policy
- Working at Delta
  - Family & Other Relationships At Work
  - Using Delta Computers, Data & Other Equipment
- Working Outside Delta
  - Delta Subsidiaries

CONFIDENTIAL                                        DELTA_LEE_00000226

**III** OPERATIONAL EXCELLENCE
- Protect Our Operations
  - Reliability Is Essential To Our Success
  - Do Your Best Every Day
  - Seeking Accommodation
  - Soliciting Or Selling At Delta
- Put Customers First
  - Treat Customers Fairly & Respectfully
  - Accommodate Customers With Disabilities
  - Protect Customer Property
  - Protect Customer Privacy

**IV** ACT WITH INTEGRITY & PROTECT OUR ASSETS
- Be A Good Steward Of Company Resources
  - Company Funds
  - Delta Equipment
  - Theft & Misappropriation Are Prohibited
- Keep Accurate & Honest Records
- Protect Our Computer & Network Security
- Cooperate In Company & Government Investigations

**V** THE DELTA BRAND
- Be The Brand In Your Uniform
- You're Delta Even Without A Uniform
- Using Cell Phones & Other Electronics
- Your Off-Duty Conduct
- You, Delta & The Media—Including Social Media
- Pass Travel—With Great Privilege Comes Great Responsibility

*3*

CONFIDENTIAL



# SAFETY & COMPLIANCE

## IT'S YOUR RESPONSIBILITY
Put safety first—always.

That is the first Basic Business Principle set out in the Rules of the Road and a core value for all Delta people. Whatever your job, safety is a part of it.

Providing a safe, secure operation is our fundamental obligation to our customers, our colleagues, and the communities we are privileged to serve. As a global company, Delta maintains the highest standard of business conduct and operates in full compliance with all applicable laws and regulations in the many countries where we do business. Each of us is responsible for following all of the laws that apply to our responsibilities within the company.

We believe no level of harm is acceptable to anyone as a cost of doing business. Responsibility for the safety and security of our operation rests with each of us. Take time to understand the safety policies and procedures for your job. Each department at Delta may have specific requirements or best practices dictated by operating needs, location or the law. Ask questions if you don't understand; make suggestions when you see ways to improve safety and if you see an issue that may affect safety, let your leader know about it right away.

If you have any questions or concerns about whether something is safe or legal, contact your leader, Corporate Safety, Human Resources or the Law department for guidance. If you believe that someone is violating the law or Delta's policies, you also have the option of reporting your concerns to Delta's Ethics & Compliance HelpLine.

4

DELTA_LEE_00000228

## COME TO WORK FIT FOR DUTY

All of us, regardless of job title or responsibilities, must be fit for duty every time we work. When you come to work, you acknowledge that:

- You are adequately rested
- You are physically and mentally ready to do your job
- You are compliant with Delta's drug and alcohol policies
- You will be alert and attentive in performing your duties safely
- You will encourage your colleagues to engage in safe practices if they are doing otherwise

You have a responsibility to practice safe work habits and to protect yourself and all the individuals you encounter in performing your duties. Our customers and colleagues expect and deserve nothing less. If illness, injury or some other circumstance prevents you from safely and effectively performing your job, follow your department's procedures for reporting your absence.

5

DELTA_LEE_00000229

## SAFETY & COMPLIANCE

### HEALTH, SAFETY & SECURITY ARE NON-NEGOTIABLE

At Delta, we all must foster a safe and secure work environment. Our goal is full compliance with all occupational health and safety laws, as well as our own health and safety policies—which often go beyond what the law requires. Safety rules are not enough, though. To achieve our high standards, every Delta employee must make safety and security a priority. You are expected to know the health, safety and security requirements that apply to your job. Take time to familiarize yourself with the manuals or other standards, available on DeltaNet, that apply to your work.

Safety responsibilities include, but are not limited to:
- Following all safety, security and environmental health policies and procedures
- Reporting all hazardous conditions or unsafe equipment
- Reporting any injuries, illnesses, ground damage or near misses
- Using the required safety equipment and protective clothing
- Refraining from the use of any equipment without both proper instructions and authorization

### VIOLENCE, THREATS OF VIOLENCE & WEAPONS ARE NOT TOLERATED

To ensure everyone's safety, Delta maintains a zero tolerance policy toward workplace violence. We do not tolerate violence or threats of violence against one another, our customers, aircraft or other people or property.

We also maintain a safe workplace free from weapons of all kinds, including firearms. The standing exceptions are an armed federal, state or local law enforcement officer on official business or a credentialed Federal Flight Deck Officer (FFDO) when performing the duties of a FFDO. For more information, please visit DeltaNet and search for Delta Security Manual.

6

DELTA_LEE_00000230

## OUR ANTI-DRUG & ALCOHOL POLICY

As part of our commitment to safety, Delta supports a work environment free from drug and alcohol misuse. No one may bring, use, or distribute any controlled drug on company property, unless properly prescribed by an authorized medical provider. Delta also prohibits the unlawful possession, distribution or use of drugs at any time, on or off duty. This includes taking any controlled drug that would require a prescription in the United States without a lawful prescription in your name, or using a prescription medication in a quantity or method other than as prescribed. In addition, the purchase, possession, use, sale, exchange or transfer of any controlled drug is prohibited.

Each one of us, regardless of job title or responsibilities, is expected to report to work free of any mood-altering substances (alcohol or drugs). Prescription medication that is required for the treatment or prevention of a diagnosed medical problem may be taken as prescribed if it does not impact your ability to safely perform job functions. Medications (whether prescribed or over-the-counter) taken during a work shift or prior to reporting for duty must be limited to those that do not impair or alter normal functions or reactions or otherwise render an employee not fit for duty. Medications that cause drowsiness, nervousness or any other work-impairing side effect may not be used while on duty.

Employees are responsible for communicating with their medical treatment providers and leaders to ensure that prescribed medication will not interfere with work safety. Where there may be safety consequences, employees may need to be given temporary assignments, if available, or use approved time off until they are able to safely resume their job responsibilities.

# SAFETY & COMPLIANCE

Consumption of alcoholic beverages while on duty, during breaks or lunch periods or while on Delta premises is prohibited unless previously approved for a company-sponsored event. Consumption of alcoholic beverages is also prohibited when traveling to a Delta business function scheduled to be conducted on the same day as the day of travel. In addition, employees in uniform are prohibited from consuming alcoholic beverages or visiting any bar, club or similar establishment where alcoholic beverages are served, with the exception of restaurants that serve food as their principal business.

For more details, read Delta's Drug and Alcohol Policy, as well as any applicable divisional policies, available on DeltaNet.

*To support those who may be struggling with addiction to alcohol, prescription medication and other drugs, Delta offers the Substance Abuse Recovery Program, which provides assistance and treatment for employees needing professional help. Experts believe that giving people the opportunity to enter a treatment program while retaining their jobs can enhance safety because they may be more likely to seek help instead of hiding a drug problem. Those employees needing assistance with substance dependence or abuse issues are encouraged to seek help before the problem results in a serious deterioration of their health, dependability, or on-the-job performance. For help, call the Employee Assistance Program at 1-800-533-6939 or search for Substance Abuse Recovery on DeltaNet.*

8

DELTA_LEE_00000232

## LIMIT TOBACCO USE

If you smoke—or use smokeless tobacco products—please do so within the rules and maintain professionalism when at work. Unless prohibited by local law, regulation or policy, smoking or the use of smokeless tobacco is generally permitted in designated areas outside of Delta buildings or leased space before or after work hours and during authorized break periods.

And remember, many serious health risks are related to tobacco use, including heart disease, elevated blood pressure and some cancers. Delta offers a free tobacco cessation program to help employees quit. For more information on these valuable resources, visit DeltaNet and search for Delta Health Direct.

## MINIMIZE OUR ENVIRONMENTAL FOOTPRINT

As part of our commitment to being good corporate citizens, we all have a responsibility to minimize our impact on the environment and to conduct our operations in an environmentally sustainable manner. Delta is committed to complying with all environmental laws and regulations, and you are responsible for knowing and complying with the environmental laws and policies that pertain to your work. Concerns regarding unsafe or environmentally hazardous conditions should be immediately reported to your manager, to Corporate Safety, Security and Compliance or to Delta's Ethics & Compliance HelpLine.

DELTA_LEE_00000233



# PROFESSIONALISM & RESPECT

## WE VALUE DIVERSITY

"Embrace diverse people, thinking and styles" is a key principle of the Rules of the Road. By doing so, we engage and reflect the cultures and communities we serve, which makes us stronger as a company. We are an equal opportunity employer, committed to a workplace free from discrimination. This means we will recruit, hire, train and promote individuals based on job qualifications and performance, not on personal characteristics or traits. Delta employees are expected to honor this commitment and to treat our customers, suppliers, business partners and one another in a non-discriminatory manner.

## DISCRIMINATION IS NOT TOLERATED

Delta is a place of equal opportunity. The company prohibits discrimination based on race, color, religion, national origin, creed, age, sex (including pregnancy), disability, genetic information, marital status, sexual orientation, gender identity, citizenship status, parental status, veteran status or other characteristics that may be protected by law.

## HARASSMENT, BULLYING OR OTHER FORMS OF INTIMIDATION ARE NOT TOLERATED

Our workplace must be safe, respectful and free of unnecessary and inappropriate distractions. All employees are expected to work together professionally and to treat each other with dignity and respect. Harassment on the basis of sex, race, age, national origin, religion, sexual orientation, disability or any other protected characteristic, or any form of bullying or intimidation (whether physical, written or verbal), is forbidden.

If you believe that you have been subjected to discrimination, harassment, bullying or intimidation or if you become aware of such behavior in the work place, report the matter. Notify your leader, any manager in your department, your Human Resources professional or the Equal Opportunity department. You may also call Delta's Ethics & Compliance HelpLine at 1-800-253-7879. Callers from outside the U.S. may call collect at 770-409-5006.

*10*

DELTA_LEE_00000234

## OUR OPEN DOOR POLICY

At Delta, we are committed to creating a great place to work by maintaining an Open Door Policy, and each of us is encouraged and expected to raise concerns if we become aware of practices or work environments that do not meet our expectations, particularly for issues like safety, harassment and discrimination. Reporting your concerns to leadership allows Delta to address them. You are encouraged to speak directly to your leader about questions or concerns. While you are encouraged to speak first with your immediate leader, you may work through divisional and corporate leadership as appropriate, speak directly with your Human Resources professional or the Equal Opportunity department, or contact Delta's Ethics & Compliance HelpLine (including anonymously) at 1-800-253-7879. Callers from outside the U.S. may call collect at 770-409-5006.

To encourage this open communication, any form of retaliation for reporting workplace concerns is not tolerated. If you believe you have been retaliated against, notify your leader, any manager in your department, your Human Resources professional or the Equal Opportunity department. You may also contact Delta's Ethics & Compliance HelpLine.

*All complaints of discrimination, harassment or retaliation will be investigated. Due to the sensitive nature of such complaints, investigations will be as discreet as circumstances permit. Information concerning such investigations will be communicated only to those who need to know such information. For more information, search for Equal Opportunity on DeltaNet.*

CONFIDENTIAL

DELTA_LEE_00000235

## PROFESSIONALISM & RESPECT

## WORKING AT DELTA

Any successful partnership requires joint effort and joint commitment. At Delta, we strive to make our company a great place to work because we know that when employees and the company succeed together, everybody wins. Jobs at Delta are highly sought after, with tens of thousands of individuals seeking to join us each year. When hiring, we work hard to select individuals who are qualified and who share our commitment to safety, integrity, professionalism, hard work and service excellence. Once hired, Delta employees are expected to perform their jobs with professionalism and dedication. In return, Delta provides a highly competitive package of compensation, benefits and career growth, as well as a great work environment.

We always hope that the experience that each employee has at Delta will be long and mutually rewarding. But we also realize that circumstances change and that Delta employment is not always right for everyone. **With that in mind, the employment relationship between Delta and each employee is based on mutual consent and can be terminated, either by Delta or an employee, at will at any time consistent with applicable law. That includes the employment of our executives like our CEO, our President and all our officers.** The employment relationship might end voluntarily or involuntarily. Involuntary separations are initiated by Delta. Voluntary separations are initiated by an employee. When an employee chooses to resign, Delta appreciates receiving as much advance notice as possible, and most employees try to provide at least two weeks' notice. As part of the at will relationship, Delta maintains the ability to modify an employee's duties, title, compensation, or other terms and conditions of employment, consistent with applicable law.

*12*

DELTA_LEE_00000236

When an employee fails to follow Delta's policies or meet performance requirements, any decision to take disciplinary action or terminate employment is made only after a rigorous process of review and usually only after an employee has received prior coaching. Of course, in some situations, the behavior or policy violation may be so serious that it, in and of itself, may warrant review for termination.

### Family & Other Relationships at Work

There is no policy prohibiting family members or those in a close relationship from working at Delta. In fact, we find that the best employees are often those who have strong ties and loyalty to the company through family members or close friends who already work here. However, to avoid a conflict of interest, or even the appearance of one, Delta employees who are related by blood, family establishment, marriage, domestic partnership or who are involved in a romantic relationship may not work in the same direct management chain or have influence or control over the other's employment unless specifically approved by Human Resources. If you have a family or other relationship that falls into this category, please inform your leader and Human Resources professional.

### Seeking Accommodation

Delta has a review process in place for anyone who may need help in performing their current job duties due to physical or mental impairment, or religious beliefs or practices. If you need this type of assistance, let your leader know and then contact the Equal Opportunity department for consideration. The Equal Opportunity department will carefully review your request and supporting information and, where possible, help to identify reasonable accommodations.

For more information, visit DeltaNet and search for Equal Opportunity, for more information about accommodation for a medical impairment, search for Accomodation.

DELTA_LEE_00000237

# PROFESSIONALISM & RESPECT

## Using Delta Computers, Data and Other Equipment

When you're using Delta computers or equipment, refrain from any activity that might jeopardize Delta's systems or otherwise reflect negatively on the company or you.

Use your good judgment and remember:
- Internet and intranet access is for business purposes
- Email and all electronic communication must be appropriate and professional for the workplace
- Software or additional hardware must be properly licensed and approved by Delta's Information Technology department before use or installation.
- We must take the necessary precautions to protect Delta systems from viruses or security breaches
- We have a responsibility to respect and protect sensitive or proprietary data

All electronic activity and communications using Delta property, including hardware, software and transmission tools, may be monitored from time to time with or without prior notice as permitted by applicable law. Employees should not expect to have privacy when using Delta equipment or Delta email or internet accounts.

14

CONFIDENTIAL

## WORKING OUTSIDE DELTA

Many Delta people around the globe work with other organizations as employees, volunteers and advisors. In these situations, it's essential to avoid associations that might even appear to divide your business loyalty or cloud your independent exercise of judgment in your work for Delta. Because our employees are the key to our competitive advantage, you can't work for another airline while working for Delta.

Other potential conflicts may also arise if you want to work for:
- An agency that regulates Delta (such as the FAA or TSA, for example)
- A travel agent or a travel-related business
- A Delta vendor, such as a service agent that provides ramp services to Delta or other carriers

These work relationships will be considered on a case-by-case basis to determine whether they could create or appear to create a conflict of interest. If you have questions or doubts talk with your leader—and know that when appropriate, situations may be subject to Delta review and approval.

### Delta Subsidiaries

Delta employees cannot work for a Delta subsidiary, such as DGS, while also actively working for Delta. This ensures that we properly administer our employee benefits and follow state and local wage and over-time laws.

CONFIDENTIAL



# OPERATIONAL EXCELLENCE

## PROTECT OUR OPERATIONS

"Creating value through excellent operations" is a key business principle of our Rules of the Road. Running an efficient operation contributes to the company's bottom line, brings our customers back and helps secure our future. No matter what your job, we all have a shared responsibility to contribute to the efficiency of a safe and smooth operation.

### Reliability is Essential to our Success

On-time performance and reliability are the gold standards against which the airline industry is measured. To meet our customer commitments, your regular and timely attendance is essential. Of course, there may be some days when you are unable to work because of illness or personal reasons. In such cases, you should follow your division or department procedures to notify your leader as soon as possible. For more information about your options for time away from work, talk with your leader or search for Absence from Work on DeltaNet.

*Delta's Employee Assistance & WorkLife Programs*
*We all experience issues that can impact our ability to live and work well. Personal obligations and pressures—if left unchecked—can have a significant impact on your health, relationships and other areas of your life. Delta provides robust services through the Employee Assistance & WorkLife Programs. For more information, check the EAP site on DeltaNet or call 1-800-533-6939.*

16

DELTA_LEE_00000240

### Do Your Best Every Day

"Drive for Results" is a key element for achieving success in our Rules of The Road. We rely on, reward and recognize performance. A global company like ours requires a high-performing team of employees operating together for peak performance. Dedicate your best work to each assignment you have. Anything less is not living up to your commitment to your customers, your colleagues and yourself. Each division and position also has performance requirements you are expected to meet. Your leader will work with you to communicate expectations and provide feedback on your performance on a regular basis.

### Soliciting or Selling at Delta

Selling goods or services among Delta employees is permitted on a limited basis, as long as it does not disrupt our normal business or interfere with job performance. Selling products or services to our customers that are not Delta-sponsored is never appropriate. Representatives of outside business concerns, charities or volunteer organizations are only allowed to sell goods or services on Delta premises when invited by Delta.

*17*

DELTA_LEE_00000241

# OPERATIONAL EXCELLENCE

## PUT CUSTOMERS FIRST

"Know our customers and care for them" is a key principle of the Rules of the Road. We must put customers first at every level of the company. Serving customers is the reason we are in business. We welcome each and every one of them and strive to deliver great service every single time a customer gives us the opportunity.

## Treat Customers Fairly and Respectfully

As a global airline, Delta customers and colleagues reflect the diversity of cultures we serve around the world. We know that we are enriched by that diversity, and we strive always to treat our customers and each other with dignity and respect.

Delta has an uncompromising policy to never discriminate against any customer, including on the basis of race, gender, age, national origin, religion, disability, sexual orientation, veteran status or other similar classifications. This not only complies with legal requirements; it is part of Delta's core values.

## Accommodate Customers with Disabilities

Delta's nondiscrimination policy includes providing reasonable accommodations for our customers with disabilities. Those who serve our customers are responsible for knowing the company's policies and procedures, as well as applicable government regulations, that apply to service for customers with disabilities. If you have questions about them, contact your manager, Corporate Safety, Security and Compliance or the Law department.

18

DELTA_LEE_00000242

## Protect Customer Property

Our customers entrust us with their valuables every day, and we have an obligation to be worthy of their trust. The theft, attempted theft or unauthorized possession of any property belonging to a customer, including cash or funds, bags or other property, is not tolerated at Delta. If you find misplaced customer property, follow the lost and found policy for your division or let a leader know. Never take a customer's property home or off premises with you, even to safeguard the property.

## Protect Customer Privacy

One way we demonstrate concern for our customers is the way we safeguard their private information. Delta carries millions of passengers each year. We have a responsibility to protect the privacy of the information that our customers entrust to us when they choose Delta as their airline. Employees that do not have a business reason to access this information should never seek to do so, and those that have legitimate access should be sure that no unauthorized release or use of private customer information ever occurs. Our customers deserve and expect no less. Accessing or disclosing information for personal use is a violation of company policy and may also violate the law.

Disclosures to third parties should be made only in accordance with applicable law and company policy. You are responsible for knowing the privacy policies and other policies regarding disclosing customer data to third parties that relate to your work. For more information about Delta's Information Security and Privacy Office, search for "ISPO" on DeltaNet.

19



# ACT WITH INTEGRITY & PROTECT OUR ASSETS

"Live with integrity and reflect honesty in all we do and say" is an important principle in our Rules of the Road. No advantage can be gained through compromising our integrity or professionalism, since such actions undermine our credibility, tarnish our image, and jeopardize our continued success. Delta's reputation is completely in our hands, to be enhanced or damaged by our own statements and actions.

## BE A GOOD STEWARD OF COMPANY RESOURCES

Delta invests billions of dollars in our assets and we trust the professional men and women of this company to use good judgment to ensure those resources are not wasted or misused. This helps make sure that, as a company, we can reap the benefits of our collective efforts and hard work. Remember, you owe a duty of loyalty to Delta to do what is right and to act in the company's best interest.

## Company Funds

How we use company funds impacts our profitability, so protect Delta's funds as you would your own, guarding against misuse, loss or theft.

## Delta Equipment

Our premises, aircraft, vehicles, tools and other equipment are valuable assets that we all must safeguard. Repair or replacement of property is expensive and takes away from company assets that are shared by us all. Take care of the company property you work with and do not deface, damage, misuse or otherwise abuse company property or the property of others. This includes graffiti of any sort.

20

DELTA_LEE_00000244

## Theft and Misappropriation Are Prohibited

The theft, attempted theft or unauthorized possession of any property, money or other assets belonging to the company, a colleague, or any other person, is prohibited. This includes:

- Consuming or taking items that are intended for our customers, such as food, beverages, or other catered items, and duty free products
- Falsifying records, including time cards, work records or business expense reports
- Unauthorized waivers or favors such as blocking seats or waiving fees or eligibility requirements for given fares or inventory
- Unauthorized distribution or use of travel, hotel or transportation vouchers
- Selling or bartering pass travel privileges, including Buddy Passes, Travel Companion privileges or other free or reduced rate travel
- Using or allowing any of your travelers to use pass travel privileges for any business related purpose (except for employees traveling on authorized company business or commuting to their Delta job)
- Disclosing nonpublic ideas, concepts and information such as business processes or strategies and intellectual property. These are valuable assets and are the property of Delta, just like aircraft, tools and catering supplies

CONFIDENTIAL

DELTA_LEE_00000245

# ACT WITH INTEGRITY &
# PROTECT OUR ASSETS

## KEEP ACCURATE & HONEST RECORDS

Our credibility is measured in many ways—including by the integrity of our records. Every employee must help ensure that reporting of business information (electronic or paper) is accurate, honest and timely. Altering, falsifying, or inappropriately destroying documents could seriously damage our reputation and credibility and might even violate certain laws. For more information refer to Delta's Code of Ethics & Business Conduct available on DeltaNet. If you have any questions about retention of documents, search for Corporate Records on DeltaNet or contact the Law department.

## PROTECT OUR COMPUTER & NETWORK SECURITY

All information networks, whether they are owned by Delta or used to transmit information about Delta, must be protected from unauthorized access. Always follow proper security steps such as using strong passwords and not sharing your passwords, IDs or other log-in credentials. Also, be sure to log off any computer where you are using your Delta credentials to be sure others do not inadvertently or intentionally gain access using your log-on. For more information, search for ISPO on DeltaNet.

*22*

DELTA_LEE_00000246

## COOPERATE IN COMPANY AND GOVERNMENT INVESTIGATIONS

Each one of us is required to fully cooperate in company investigations. This includes providing truthful and accurate answers to questions, as well as documents or other information requested by the company. In addition, if you are the subject of an inquiry or investigation by law enforcement or government agency that relates in any way to your role, responsibility, or performance of your duties at Delta, you must immediately notify Delta of the inquiry or investigation by reporting it to your leader, Human Resources, or the Law department.

*23*

DELTA_LEE_00000247



# THE DELTA BRAND

## BE THE BRAND IN YOUR UNIFORM

If your job is one in which you wear a Delta uniform, wear it with pride. Also, wear it only when you are ready to represent Delta—on duty, at a work-related event or when traveling to or from work or for such an occasion.

Always use your good judgment and professional behavior when you're wearing a Delta uniform. It's your responsibility to:

- Keep your uniform clean and neat,
- Replace any part of the uniform that has become noticeably worn or no longer fits, and
- Wear a full uniform and avoid mixing personal clothes with uniform elements

With wide-ranging jobs and working conditions around the globe, Delta divisions have specific guidelines around the uniforms for their respective areas—so look to your divisional policies for the specifics you need to know.

And whenever you are in uniform or are wearing an identification badge or other item that identifies you as a Delta employee, regardless of whether you are on duty, remember that you represent Delta and be sure that your words and actions remain professional.

*24*

## YOU'RE DELTA EVEN WITHOUT A UNIFORM

Projecting a professional, businesslike image is always in style. If your job doesn't require a uniform, your appearance and conduct should still reflect that you are part of the Delta team whenever you are on the job.

Dress and appearance requirements are designed to meet the company's business needs while recognizing the preferences of employees. Like many aspects of your employment at Delta, using your good judgment is most important. Subject to divisional or departmental policies and local guidelines that take precedence, simply use good common sense.

## USING CELL PHONES & OTHER ELECTRONICS

Using cell phones, electronic tablets and other electronic devices helps us stay connected to our families, our colleagues and even our customers. But sometimes they can distract us from the task at hand or even create a safety risk. Be sure to comply with your divisional guidelines for when and where you can use cell phones and electronic devices. And, even while on break or non-work time, use good judgment about their use in front of customers. Sometimes customers may see or hear you taking care of personal business in uniform and assume you should be working, so please step out of the line of sight before doing so.

*25*

CONFIDENTIAL

# THE DELTA BRAND

## YOUR OFF-DUTY CONDUCT

As a general practice, Delta does not seek to monitor or become unnecessarily involved in employees' off-duty, off-premises conduct. However, in some situations an employee's off-duty, off-premises conduct will be reviewed and addressed by Delta when that behavior involves other Delta employees or serious acts of misconduct. Some examples of off-duty, off-premises conduct that may result in review or action by the company include actions that:

- Bring negative attention to or reflect poorly on the company, including through media, social media or other reports
- Jeopardize Delta's business relationships with customers or vendors
- Involve harassment or mistreatment of another Delta employee
- Improperly target a Delta customer
- Are tied to the employee's job, including misuse of Delta information, services or property
- Are violent or create safety and security concerns related to the employee's continued employment
- Involve possible unlawful conduct, including possible arrests or criminal charges

26

CONFIDENTIAL                              DELTA_LEE_00000250

## YOU, DELTA & THE MEDIA—INCLUDING SOCIAL MEDIA

Delta uses different forms of media to share company news and information, strengthen the Delta brand and engage customers and the public. This ranges from newspapers and television to Facebook, Twitter and other social media sites.

Delta has designated trained employees who are responsible for representing Delta in both traditional and social media. Therefore, you should not act as a spokesperson for Delta. You can prevent confusion by avoiding terms such as Delta, DAL, DL, or Delta logos or titles in your username or as profile images, as this may cause your personal communications to be confused as official company communications. Feel free to list Delta as your employer on your online profiles, however, please do not engage in conversations with customers in traditional or online media—leave that for our dedicated media staff to do.

When using social media, keep in mind that all media is public. Do not use it to share confidential information or information that may reflect poorly on Delta. This includes using profanity or hateful language that could be associated with Delta. Do not use social media to harass or mistreat others.

Also, make sure that your designated Buddy Pass and nonrevenue pass riders know that you are their channel for questions and assistance. Their use of any type of media to express their discontent with Delta could impact your travel privileges.

For more information, visit DeltaNet and search for Media Policy.

*27*

CONFIDENTIAL

# THE DELTA BRAND

## PASS TRAVEL—WITH GREAT PRIVILEGE, COMES GREAT RESPONSIBILITY

Our pass travel program is a privilege to enjoy and use responsibly. As a company, the primary mission we all share is to deliver paying customers to their destination safely, on-time and with their bags and cargo. We count on your professionalism to achieve that goal and to ensure that nonrevenue travelers do not distract from that goal.

Being able to share pass travel privileges with family and friends is yet another one of the perks of working at Delta. Each year, over two million pass riders fly more than six million flight segments using the pass travel program. Good travel etiquette, including appropriate attire, is expected of all nonrevenue passengers.

As always, it is your responsibility to ensure that pass riders connected to you—including travel companions and Buddy Pass Riders—use your privileges appropriately, exercise good judgment and follow Delta policy. Be sure to review the standby travel process guide with your family and friends before they travel. Visit DeltaNet and search for Jetiquette to find the general factsheet for detailing basic pass rider etiquette.

About this Handbook: The guidelines in this document provide examples of some of Delta's expectations as to the conduct, performance and appearance of Delta employees. Any list of this nature obviously cannot be all-inclusive, and you must use your good judgment at all times. Seek the advice of your leaders if you have questions. Delta may choose to amend or change these guidelines at any time for any reason and employees are responsible for maintaining current knowledge of corporate guidelines, as well as guidelines used within their particular divisions.

*28*

Delta people must always be guided by the Rules of the Road and our unique Delta culture—a collective ability to pitch in as a team and always accomplish what we set out to do. With the Rules of the Road and the guidelines in this document as a compass, along with the Code of Ethics and Business Conduct, our annual Flight Plan and any divisional policies and procedures relevant to your job, we will all keep working together as a team to continue making Delta a great company and a great place to work.

CONFIDENTIAL

DELTA_LEE_00000253



*"It is only when the goals and aspirations of the individual mesh and work together with the goals and aspirations of his company that we can expect optimum performance."*

C.E. WOOLMAN
Delta Founder

CONFIDENTIAL                                    DELTA_LEE_00000254