IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA LEE,<br><br>      Plaintiff,<br><br>  v.<br><br>DELTA AIR LINES, INC.,<br><br>      Defendant. | Civil Action No. 1:22-cv-8618-DEH-RWL |

## DECLARATION OF KELLEY NABORS

I, Kelley Nabors, do hereby declare that the following is true and correct:

1. I am over the age of 18. The facts and matters stated in this declaration are based on my own personal knowledge and information, or on my review of records kept by Defendant Delta Air Lines, Inc. ("Delta" or the "Company") in the ordinary course of business. I submit this declaration in connection with Delta's Motion for Summary Judgment.

2. I am currently employed at Delta as a Senior Human Resources ("HR") Manager. My responsibilities include, among other things, assisting in corporate investigations into allegations of employee misconduct. I have held this position since July 2016.

3. Prior to this role, I worked in Delta's Equal Opportunity Department ("EO"), as the Company's Manager of Equal Opportunity Programs and Policies.

4. On April 1, 2021, I joined my colleague, Senior HR Manager Danielle Kruit, as a witness on phone call with employee Erika Lee ("Ms. Lee"), relating to Ms. Kruit's investigation into allegations that Ms. Lee had been dishonest regarding her interactions with a Delta HR employee.

5. During this call, Ms. Lee could not answer any of Ms. Kruit's questions posed to her regarding her claimed interactions with the Delta HR employee. Ms. Lee repeatedly stated that she would need to check her notes and follow up with further detail regarding Ms. Kruit's

1

questions. I found Ms. Lee's behavior on this call to be evasive and uncooperative.

6. Besides my presence on the April 1, 2021 phone call with Ms. Lee, I do not recall participating in or being witness to any discussion with Ms. Lee at any time throughout 2021.

7. I did not speak to Ms. Lee on March 25, 2021.

8. I do not recall Ms. Lee ever discussing with me any concerns or incidents relating to discrimination, harassment, retaliation, or otherwise inappropriate conduct.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Executed on September 4, 2025    :    _____
Kelley Nabors

2