IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA LEE,<br><br>*Plaintiff,*<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>*Defendant.* | Civil Action No.: 1:22-cv-8618-DEH-RWL |

## MOTION TO WITHDRAW MICHAEL F. FLEMING AS COUNSEL FOR DEFENDANT

Undersigned counsel for Defendant respectfully request that the Court enter an order granting leave to withdraw Michael F. Fleming, previously of Morgan, Lewis & Bockius LLP, as counsel for Defendant and discharging him of any further responsibility in this case. The remaining undersigned counsel of Morgan, Lewis & Bockius LLP will continue to represent Defendant in this matter.

WHEREFORE, the undersigned counsel request that the Court enter an order permitting Michael F. Fleming to withdraw as counsel for Defendant and for such other and further relief as the Court deems just and proper.

1

| | |
|---|---|
| Dated:  October 3, 2025 | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>By: */s/ Ira G. Rosenstein*<br>Ira G. Rosenstein<br>Imani Gunn<br>101 Park Avenue<br>New York, NY  10178<br>Tel: 212.309.6000<br>ira.rosenstein@morganlewis.com<br>Imani.gunn@morganlewis.com<br><br>*Counsel for Defendant Delta Air Lines, Inc.* |