IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA LEE, | |
| *Plaintiff,* | |
| v. | Civil Action No.: 1:22-cv-8618-DEH-RWL |
| DELTA AIR LINES, INC., | |
| *Defendant.* | |

**DECLARATION OF IRA G. ROSENSTEIN IN SUPPORT OF
MOTION TO WITHDRAW MICHAEL F. FLEMING OF
MORGAN, LEWIS & BOCKIUS LLP AS COUNSEL FOR DEFENDANT**

IRA G. ROSENSTEIN, an attorney in good standing admitted to practice in this Court, declares the following:

1. I am a Partner at the law firm Morgan, Lewis & Bockius LLP and I am counsel of record for Defendant in the above-referenced action.

2. This Declaration is made in support of Defendant's Motion to Withdraw Michael F. Fleming, previously of Morgan, Lewis & Bockius LLP, as counsel for Defendant.

3. Michael F. Fleming was an Associate in the New York, NY office of Morgan, Lewis & Bockius LLP, who has departed the law firm as of September 24, 2025.

4. Accordingly, Michel F. Fleming should be relieved of his responsibilities and duties to Defendant and removed as counsel of record.

5. No substitution of counsel is necessary as Defendant have been and continue to be represented in this action by Imani Gunn and myself of Morgan, Lewis & Bockius LLP.

6. Based on the foregoing, I respectfully request that the Court enter an order allowing Michael F. Fleming to withdraw as counsel of record for Defendants.

1

Dated: October 3, 2025

                                                                         */s/ Ira G. Rosenstein*
                                                                           Ira G. Rosenstein