IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA LEE,<br><br>                 *Plaintiff,*<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>                 *Defendant.* | Civil Action No.: 1:22-cv-8618-DEH-RWL |

**ORDER GRANTING MOTION TO WITHDRAW MICHAEL F. FLEMING AS COUNSEL FOR DEFENDANT**

Counsel's motion to withdraw Michael F. Fleming of Morgan, Lewis & Bockius LLP as counsel for Defendant is GRANTED. It is therefore ORDERED that Michael F. Fleming, previously of Morgan, Lewis & Bockius LLP, shall no longer be listed as attorney-of-record for Defendant in this matter. IT IS FURTHER ORDERED that Ira G. Rosenstein and Imani Gunn of Morgan, Lewis & Bockius LLP will continue to represent Defendant in this matter.

SO ORDERED:

10/5/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE