# Morgan Lewis

**Imani D. Gunn**
Associate
+1.212.309.6325
imani.gunn@morganlewis.com

October 16, 2025

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court, Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

**Re: _Lee v. Delta Air Lines, Inc._, Case No. 22-cv-08618**

Your Honor:

We represent Defendant Delta Air Lines, Inc. ("Delta") in the above-referenced matter.  On October 3, 2025, the Court issued an Order ("Order", Dkt. 177), ruling that it would permit Plaintiff to proceed with her Cross-Motion for Summary Judgment, ("Plaintiff's Cross-Motion"; Dkt. 172). Moreover, Delta's reply to Plaintiff's Opposition to its Motion for Summary Judgment ("Plaintiff's Opposition"; Dkt. 172) is currently due on October 21, 2025.  Given the nature of the overlapping factual and legal issues raised in Plaintiff's filings, Delta intends to reply to Plaintiff's Opposition and oppose Plaintiff's Cross-Motion in a combined brief.

Accordingly, and pursuant to Section III.E of this Court's Individual Practices, Delta respectfully requests leave to exceed the word limit set forth in Local Civil Rule 7.1 for Delta's forthcoming combined brief.  Specifically, Delta requests a 6,500 word-limit to allow for it to adequately address the arguments raised in Plaintiff's filings.

Thank you for your attention to this matter.

Respectfully submitted,

_/s/ Imani D. Gunn_
Imani D. Gunn

_Counsel for Defendant Delta Air Lines, Inc._

cc: Plaintiff (via e-mail)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060      ☎ +1.212.309.6000
United States                              🖷 +1.212.309.6001