# EXHIBIT A

```
             UNITED STATES DISTRICT COURT

             SOUTHERN DISTRICT OF NEW YORK


 --------------------------------------
 ERIKA LEE,                         CIVIL ACTION NO.:
                                    1:22-cv-8618-
              Plaintiff,              DEH-RWL

                  vs.               Index No.
                                    22-cv-
 DELTA AIR LINES, INC, DAVID        08618
 NEEDHAM & JOSE ROSADO,

              Defendants.
 --------------------------------------




           DEPOSITION OF ERIKA LEE

              New York, New York

            Tuesday, April 29, 2025




Reported by:
Jeremy Frank, MPM
JOB NO. 1582745
```

|    |                                                           |
|----|-----------------------------------------------------------|
| 1  | Lee                                                       |
| 2  | out on Workers' Compensation for a                        |
| 3  | little over a year.  While out on                         |
| 4  | Workers' Compensation I lost my housing                   |
| 5  | in Los Angeles, and I had to move back                    |
| 6  | to New York.                                              |
| 7  | Also during that time frame I                             |
| 8  | had asked Ashley if I was coming back.                    |
| 9  | I had, during that time frame I was                       |
| 10 | traveling through La Guardia Sky Club,                    |
| 11 | through La Guardia with a coworker of                     |
| 12 | mine, and she had access to the lounge.                   |
| 13 | And while we were there utilizing the                     |
| 14 | lounge, her name was Myra Amezquita.                      |
| 15 | THE COURT REPORTER:  Myra                                 |
| 16 | what, please?                                             |
| 17 | THE WITNESS:  Myra Amez-                                  |
| 18 | quita, A-M-E-Z-Q-U-I-T-A.                                 |
| 19 | A. While I was there in the Sky                           |
| 20 | Club Bernadette Tamasi, T-A-M-A-S-I,                      |
| 21 | came up behind me and spanked me on my                    |
| 22 | behind, she slapped me on my behind.                      |
| 23 | My friend/coworker Myra                                   |
| 24 | Amezquita saw this and I told                             |
| 25 | Bernadette Tamasi, I said, "Don't ever                    |

1                       Lee

2  put your hands on me again."  I

3  confronted her, I said, "This is sexual

4  assault, this is sexual harassment,"

5  and me and my friend collected our

6  belongings and left the Sky Club.

7       Q. Miss Lee, so the record is

8  clear, is this before you transferred

9  to La Guardia?

10      A. Objection, yes.

11      Q. What happened next?

12      A. And then after that, hold on,

13 let me turn this off.

14         So after that I was getting

15 better and I was going to return back

16 to work.  And my friend and coworker

17 Myra Amezquita reported sexual abuse

18 and assault to Ashley Rangel.

19         When I, then when I arrived in

20 LA, I also reported the sexual assault

21 and sexual abuse to Ashley Rangel as

22 well.  And then I told her, I said,

23 "You know I would like to being that I

24 still worked for Delta, I was on leave

25 at that time, this is actually my

```
 1                     Lee
 2   was a woman as well.  I said, "You
 3   know," I told her "Myra Amezquita saw
 4   it.  She said, "Yes, you have a
 5   witness, but being that that was a
 6   woman who assaulted you," still
 7   assault, it would not, it was not
 8   considered a sexual harassment or
 9   sexual assault that she could move
10   forward with and investigate.
11       Q. What exact words to the best of
12   your recollection did Ms. Rangel use
13   during this conversation?
14       A. Objection, I'm telling you her
15   the words that I remember her saying,
16   mind you this is 2018.
17       Q. Okay.
18           Prior to that time, the incident
19   with Ms. Tamasi, had you ever known Ms.
20   Tamasi?
21       A. Objection, I never met her a day
22   in my life before she slapped me on my
23   behind.
24           And i wanted to finish telling
25   you --
```

```
 1                    Lee
 2   request.
 3       Q. You were on Workers' Compensa-
 4   tion leave?
 5       A. Objection, I was out on leave
 6   due to Workers' Compensation, I was
 7   injured while I was working at Delta
 8   Air Lines.
 9       Q. A part from spanking you did Ms.
10   Tamasi do anything else during this
11   incident?
12       A. Objection, she didn't have time
13   to do anything else.  I turned around,
14   I told her, "Don't ever put your hands
15   on me."  Then I walked away from her.
16       Q. Did Ms. Tamasi say anything to
17   you during this incident?
18       A. No, she didn't say anything to
19   me at that moment, thank God, I was
20   trying to remain composed.
21       Q. Was Ms. Tamasi working at that
22   time?
23       A. Objection, she definitely was
24   working, she had on the uniform.
25       Q. How do you know it was Ms.
```

1              Lee
2    putting them in the dishwasher, and et
3    cetera.  I can't give you an exact, but
4    I have at other Sky Clubs I have had to
5    shampoo, not shampoo but mop the floor
6    sometimes or clean the bathroom when we
7    were very short staffed.  This was a
8    position where you kind of just did
9    whatever was necessary.  We did not
10   serve food, it was not serving drinks,
11   so that's one thing I never did.
12        Q.  Did you have any responsibi-
13   lities for lifting any items?
14        A.  Objection, absolutely, it is in
15   the description as well.
16        Q.  How about standing, did you have
17   to stand?
18        A.  Objection, I had to stand quite
19   a lot.
20        Q.  That was a requirement of the
21   job?
22        A.  Objection, it was, it was, we
23   had to take turns.  It was I guess the
24   model at that time where Delta wanted
25   us to stand and greet the passengers or

```
 1                     Lee
 2    customers at the door and stand there.
 3        Q. How long were your shifts?
 4        A. Objection, it could have been
 5    anywhere between 6 to 18 hours, or no,
 6    12 hours, sorry, if I had to double
 7    with somebody.
 8        Q. Apart from the ready reserve
 9    agent position at La Guardia did you
10    have any other jobs any or job respon-
11    sibilities?
12        A. Objection, what do you mean any
13    job responsibilities?
14        Q. Did you work any other jobs
15    apart from ready reserve agent and Sky
16    Club?
17        A. During what time period?
18        Q. When you were at La Guardia.
19        A. Objection, I did not, I only had
20    that position during my time period at
21    La Guardia.
22        Q. How long were you at La Guardia?
23        A. Not sure, objection, I am not
24    sure, like leave --
25               THE WITNESS:  Court Reporter
```

```
 1                      Lee
 2        I can give you dates.
 3   _____
 4        A.  But I wasn't there long because
 5   I was being subjected to race, sex
 6   discrimination, hostile work environ-
 7   ment from Bernadette Tamasi.  It got to
 8   the point she would grope my breasts
 9   daily whenever I worked with her, she
10   would spank my behind.  She asked me
11   degrading questions, sexually harassing
12   questions such if my vagina tasted like
13   collard greens and fried chicken.  She
14   asked me questions such as if I shaved,
15   if my pussy hair was nappy.
16            It got to the point I had to
17   reach out to Henrietta Archie because
18   she said if I didn't let her perform
19   cunnilingus on me, she was going to
20   write me up.  And I reached out to
21   Henrietta Archie while I was telling
22   her the abuse I was, the sexual abuse
23   and sexual harassment and race
24   discrimination and harassment from
25   Bernadette Tamasi, as well as hostile
```

```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK     )
 4                         : ss.
 5   COUNTY OF NEW YORK    )
 6
 7        I, Jeremy Frank, a Notary Public within
 8   and for the State of New York, do hereby
 9   certify:
10        That ERIKA LEE, the witness whose
11   deposition is hereinbefore set forth, was duly
12   sworn by me and that such deposition is a true
13   record of the testimony given by the witness.
14        I further certify that I am not related
15   to any of the parties to this action by blood
16   or marriage, and that I am in no way
17   interested in the outcome of this matter.
18        IN WITNESS WHEREOF, I have hereby
19   set my hand on the 2nd day of May, 2025.
20
21                       _____
22                          JEREMY FRANK, MPM
23
24
25
```