UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA LEE,

Plaintiff,

v.

DELTA AIR LINES, INC., DAVID NEEDHAM, and JOSE ROSADO,

Defendants.

22 Civ. 8618 (DEH)

**MEMORANDUM OPINION AND ORDER**

DALE E. HO, United States District Judge:

Leave to proceed on appeal without prepayment of fees is authorized. *See* 28 U.S.C. § 1915; F.R.A.P. 24(a).

Due to the sensitive personal information contained in the application, the Clerk of Court is respectfully directed to seal ECF No. 194. The Clerk of Court is further directed to terminate ECF No. 194 and close this case.

SO ORDERED.

Dated: August 26, 2026
New York, New York

Dale E. Ho
United States District Judge